**B9B (Official Form 9B)** (Chapter 7 Corporation/Partnership No Asset Case) (12/07)     Case Number **09–25274**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor Corporation listed below was filed on July 13, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Walk Wireless, LLC
430 E 162nd Street, PO Box 172
South Holland, IL 60473

| | |
|---|---|
| Case Number: 09–25274<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>20–0642997 |
| Attorney for Debtor(s) (name and address):<br>Peter L Berk<br>Law Office of Peter L. Berk<br>79 West Monroe<br>Suite 900<br>Chicago, IL 60603<br>Telephone number: (312) 759–2838 | Bankruptcy Trustee (name and address):<br>Catherine L. Steege ESQ<br>Jenner & Block<br>330 N. Wabash Avenue<br>Chicago, IL 60611<br>Telephone number: 312–222–9350 |

## Meeting of Creditors:
Date: **August 25, 2009**         Time: **12:30 PM**

Location: **219 South Dearborn, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1–888–232–6814 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: July 14, 2009 |

**EXPLANATIONS** B9B (Official Form 9B) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: aiwinski              Page 1 of 1                  Date Rcvd: Jul 14, 2009
Case: 09-25274                 Form ID: b9b                Total Noticed: 22

The following entities were noticed by first class mail on Jul 16, 2009.
db          +Walk Wireless, LLC,    430 E 162nd Street, PO Box 172,    South Holland, IL 60473-0172
aty         +Peter L Berk,    Law Office of Peter L. Berk,    79 West Monroe,    Suite 900,
              Chicago, IL 60603-4914
tr          +Catherine L. Steege, ESQ,    Jenner & Block,    330 N. Wabash Avenue,    Chicago, IL 60611-7603
14155721    +AT&T,    PO Box 769,    Arlington, TX 76004-0769
14155718    +Allied Waste,    PO Box 9001154,    Louisville, KY 40290-1154
14155720    +Aqua Chill of Chicago,    PO Box 24684,    Tempe, AZ 85285-4684
14155722    +Charter One Bank,    1215 Superior Ave.,    Cleveland, OH 44114-3299
14155723    +Chicago 20MHz, LLC,    c/o United States Cellular Corp.,    8410 W Bryn Mawr Ave., Suite 700,
              Chicago, IL 60631-3463
14155725    +DMC Security,    4455 W 147th Street,    Midlothian, IL 60445-2643
14155726   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
              Level 7-425; 100 W Randolph Street,    Chicago, IL 60601)
14155727    +MB Financial Bank,    Retail Banking - South Holland,    475 E 162nd Street,
              South Holland, IL 60473-2259
14155728    +Offwire,    13575 Lynam Drive,    Omaha, NE 68138-4408
14155729    +Peoples Energy,    130 E Randolph Drive,    Suite 2300,    Chicago, IL 60601-6304
14155730     Pitney Bowes,    PO Box 856042,    Louisville, KY 40285-6042
14155731    +R&D Real Estate,    3100 Dundee Road,    Suite 405,    Northbrook, IL 60062-2452
14155732    +RBS World Pay,    600 Morgan Falls Road,    Suite 260,    Atlanta, GA 30350-5813
14155733    +Stephen Fitzell, Esq.,    Sidley Austin Brown & Wood,    10 S Dearborn Street,
              Chicago, IL 60603-2300
14155735     USCC Distribution,    8410 W Bryn Mawr,    Suite 700,    Chicago, IL 60631-3486
14155734     United Parcel Service,    PO Box 650580,    Dallas, TX 75265-0580
14155736    +Vivian Hemby,    Attn: Freidman & Solmor Ltd.,    200 N LaSalle, # 2750,    Chicago, IL 60601-1052

The following entities were noticed by electronic transmission on Jul 15, 2009.
tr          +EDI: QCLSTEEGE.COM Jul 14 2009 21:58:00     Catherine L. Steege, ESQ,    Jenner & Block,
              330 N. Wabash Avenue,    Chicago, IL 60611-7603
14155719    +EDI: AMEREXPR.COM Jul 14 2009 21:58:00     American Express,    Mail Stop 95-01-10C,
              2900 N Commerce Parkway,    Miramar, FL 33025-3959
14155724    +E-mail/Text: legalasstfoundationrqsts@exeloncorp.com                          ComEd Company,
              Customer Care Building,    2100 Swift Drive,    Oak Brook, IL 60523-1559
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 16, 2009**          **Signature:** *Joseph Speetjens*